### STANLEY BALCHUN v. STATE OF FLORIDA

21 So. (2nd) 42                     January Term, 1945
February 23, 1945                  Division A
Rehearing denied March 12, 1945

*Frank Clark, Jr.,* for appellant.

*J. Tom Watson,* Attorney General, *John C. Wynn,* Assistant Attorney General, *Robert R. Taylor,* County Solicitor, and *Glenn C. Mincer,* Assistant County Solicitor, for appellee.

PER CURIAM:

The record and the briefs in this case have been thoroughly examined and we find no reversible error.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.